

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-89,747-01

### EX PARTE OSVALDO LEIJA-BALDERAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W13-32837-W(A) IN THE 363RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to twenty-two years' imprisonment. The Fifth Court of Appeals modified and affirmed the judgment of conviction. *Leija-Balderas v. State*, No. 05-14-00648-CR (Tex. App.—Dallas Mar. 27, 2015) (not designated for publication).

In four grounds, Applicant contends that trial counsel was ineffective. The trial court entered a timely order designating issues, and the habeas record was properly forwarded to this Court. *See* TEX. R. APP. P. 73.4(b)(5). However, the record was forwarded before the trial court made findings

of fact and conclusions of law. We remand this application so the trial court can complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: May 8, 2019
Do not publish